**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Petar Scopu | : Case No.: 18-11590 |
| | : Chapter 13 |
| Debtor. | : Judge Donald R. Cassling |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

# CERTIFICATE OF NON-COMPLIANCE

Now comes THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR7 Mortgage Pass-Through Certificates Series 2006-AR7 , its successors and assigns (hereinafter, "Creditor"), by and through its mortgage servicing agent Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through counsel, and certifies to this Court that Petar Scopu ("Debtor") has failed to comply with the Order entered by the Court on August 1, 2018, a copy of which is attached hereto as Exhibit "A", by failing to make timely payments in accordance with the Order. Pursuant to the Order, the automatic stay will terminate upon the filing of the Certificate of Non-Compliance.

Creditor hereby advises the Court that Debtor is delinquent for the September 1, 2019 payment and for all arrears that were due thereafter.

The Chapter 13 Trustee shall discontinue all payments to Creditor on its claim under the Chapter 13 plan filed by the Debtor(s).

WHEREFORE, upon the filing of the Certificate of Non-Compliance, the stay is terminated without further hearing.

18-019003_SJW

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Movant
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

18-019003_SJW

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certificate of Non-Compliance was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL  60603

David H Cutler, Attorney for  Petar Scopu, 4131 Main St., Skokie, IL  60076, cutlerfilings@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on December  30 , 2019:

Petar Scopu and Victoria Scopu, 559 Justina St, Hinsdale, IL  60521

Petar Scopu and Victoria Scopu, 559 Justina St, Hinsdale, IL 60521-2491

/s/ Todd J. Ruchman

18-019003_SJW

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:

Petar Scopu

Debtor.

Case No.: 18-11590
Chapter 13
Judge Donald R. Cassling
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY LOCATED AT 559 JUSTINA ST, HINSDALE, IL 60521-2491

This matter coming to be heard on the *Motion for Relief from Stay and Co-Debtor Stay* (Dkt. #28) which was filed in this court by THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR7 Mortgage Pass-Through Certificates Series 2006-AR7 ("Movant"), by and through its mortgage servicing agent Nationstar Mortgage LLC d/b/a Mr. Cooper,, Movant and Petar Scopu ("Debtor"), by and through his attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant;

Debtor failed to make regular monthly mortgage payments to Movant and is currently in default for the months of July 2018 through July 20, 2018, incurring a total post-petition arrearage of $5,008.01, which consists of 1 post-petition payments for July 1, 2018 at $3,977.01 each, and attorney fees and costs of $1,031.00.

## IT IS HEREBY ORDERED:

1. In order to eliminate said post-petition delinquency, Movant must receive the following payments by the corresponding dates:

    a. $834.67 on or before August 20, 2018;

    b. $834.67 on or before September 20, 2018;

    c. $834.67 on or before October 20, 2018;

    d. $834.67 on or before November 20, 2018;

    e. $834.67 on or before December 20, 2018;

    f. $834.66 on or before January 20, 2019.

2. That Movant must receive the payments listed on Paragraph #1 on or before the corresponding date. If Movant fails to receive any two scheduled payments, the repayment schedule is void and

1

18-019003_CJP

if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after mailing notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of same with the clerk of the court.

3. Debtor shall resume on-going post-petition payments directly to Movant beginning August 1, 2018. Payments must be sent directly to Nationstar Mortgage LLC d/b/a Mr. Cooper:

Nationstar Mortgage LLC d/b/a Mr. Cooper
Attention: Bankruptcy Department
PO Box 619094
Dallas TX 75261-9741
Note: Loan #

4. Upon completion of the repayment schedule listed in Paragraph #1 or tender of sufficient funds to bring the loan post-petition current, the Debtor must continue to make timely post-petition mortgage payments directly to Movant.

5. If Movant fails to receive two (2) post-petition monthly mortgage payments and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after Movant mailed notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of the same with the clerk of the court.

6. If Movant has to send a Notice of Default, the Debtor shall pay $100.00 per notice, as attorney fees, in addition to whatever funds are needed to cure the default prior to the expiration of the allowed cure period.

7. If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

DATED: **1 AUG 2018**

ENTER: *Donald R. Cassling*
UNITED STATES BANKRUPTCY JUDGE

Submitted by:
Todd J. Ruchman (6271827)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Movant

Michelle Mandroiu
David H Cutler
4131 Main St.
Skokie, IL 60076
Telephone: 847-673-8600
Fax: 847-673-8636
Email: cutlerfilings@gmail.com
Attorney for Debtor

2